June 26, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00081-CV

RAM INDUSTRIES ACQUISITIONS, LLC DBA RAM WINDOWS, Appellant

V.

ROUGH CREEK OPERATING, LP, Appellee

This cause is an appeal from the judgment in favor of appellee, Rough Creek Operating, LP, signed January 27, 2025. We order the appeal **DISMISSED FOR WANT OF PROSECUTION**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ram Industries Acquisitions, LLC dba Ram Windows.

We further order this decision certified below for observance.

Judgment Rendered June 26, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered Per Curiam